**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

Syncreon Technology (USA), LLC          ,

Plaintiff(s),

v.

CRST Specialized Transportation, Inc.    ,

Defendant(s).

Case No.  15 C 7605
Judge  Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☒  in favor of defendant(s) CRST Specialized Transportation, Inc.
and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

---

☐  other:

---

This action was *(check one)*:

☐ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☒ decided by Judge Harry D. Leinenweber on a motion.

Date:  6/14/2018

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk