# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 29, 2018

*By the Court:*

| No. 18-2530 | SYNCREON TECHNOLOGY (USA), LLC, formerly known as NAL WORLDWIDE LLC, <br> Plaintiff - Appellant <br><br> v. <br><br> CRST SPECIALIZED TRANSPORTATION, INC., formerly known as SPECIALIZED TRANSPORTATION, INC., <br> Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:15-cv-07605 <br> Northern District of Illinois, Eastern Division <br> District Judge Harry D. Leinenweber ||

Upon consideration of the **AGREED MOTION FOR VOLUNTARY DISMISSAL**, filed on October 29, 2018, by counsel for the appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk of the United States Court of Appeals for the Seventh Circuit

form name: c7_FinalOrderWMandate(form ID: 137)