# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Syncreon Technology (USA), LLC
                                            Plaintiff,

v.                                                                            Case No.: 1:15−cv−07605
                                                                           Honorable Harry D. Leinenweber

CRST Specialized Transportation, Inc.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 6, 2018:

      MINUTE entry before the Honorable Harry D. Leinenweber: Agreed motion to withdraw the bill of costs [82] is granted. The bill of costs and any pending motions are vacated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.